UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924<br>20-MD-2924 |

JUDGE ROBIN L ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

THIS DOCUMENT RELATES TO:                    JURY TRIAL DEMANDED

**LANG SHIPLEY**    9:21-cv-81370

(Plaintiff Name(s))

## SHORT-FORM COMPLAINT

  The Plaintiff(s) named below, by counsel, file(s) this Short Form Complaint against Defendants named below. Plaintiff(s) incorporate(s) by reference the allegations contained in the Master Personal Injury Complaint ("MPIC") in In re: Zantac (Ranitidine) Products Lability Litigation, MDL No. 2924 (S.D. Fla). Plaintiff(s) file(s) this Short-Form Complaint as permitted by Pretrial Order No. 31.

  Plaintiff(s) select(s) and indicate(s) by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff(s) shall add and include them herein.

  Plaintiff(s), by counsel, allege as follows:

### I. PARTIES, JURISDICTION, AND VENUE

**A. PLAINTIFF(S)**

1. Plaintiff(s) <u>LANG SHIPLEY</u>

   ("Plaintiff(s)") brings this action (check the applicable designation):

   a) On behalf of [himself/herself];

2. Injured Party is currently a resident and citizen of (City, State) <u>CHALMETTE LA</u> and claims damages as set forth below.

—OR—

Decedent died on (Month, Day, Year) _. At the time of Decedent's death, Decedent was a resident and citizen of (City, State) _.

If any party claims loss of consortium,

3. ("Consortium Plaintiff") alleges damages for loss of consortium.

4. At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a citizen and resident of (City, State) _.

5. At the time the alleged injury occurred, Consortium Plaintiff resided in (City, State) _.

### B. DEFENDANT(S)

6. Plaintiff(s) name(s) the following Defendants from the Master Personal Injury Complaint in this action:

   a. **Brand Manufacturers:**

   Boehringer Ingelheim Corporation
   Boehringer Ingelheim Pharmaceuticals, Inc.
   Boehringer Ingelheim USA Corporation
   GlaxoSmithKline (America) Inc.
   GlaxoSmithKline LLC
   Pfizer Inc.
   Sanofi US Services Inc.
   Sanofi-Aventis U.S. LLC

   b. **Generic Manufacturers:**

   c. **Distributors:**

   d. **Retailers:**

   e. **Repackagers:**

   f. **Others Not Named in the MPIC:**

### C. JURISDICTION AND VENUE

7. Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

      Eastern District of LA

8. Jurisdiction is proper upon diversity of citizenship.

## II.  PRODUCT USE

9. The Injured Party used Zantac and/or generic ranitidine: [Check all that apply]

    X  By prescription

    X  Over the counter

10. The Injured Party used Zantac and/or generic ranitidine from approximately (month, year) <u>1990</u> to <u>Feb 2020</u>.

## III.  PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, [he/she] was diagnosed with the following specific type of cancer (check all that apply):

| Row No. | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| 1 | PANCREATIC CANCER | 07/26/2020 |

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## IV. CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this ShortForm Complaint by reference.

| Row No. | COUNT | Cause of Action |
|---|---|---|
| 1 | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| 2 | II | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| 3 | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |
| 4 | IV | NEGLIGENCE – FAILURE TO WARN |
| 5 | IX | BREACH OF EXPRESS WARRANTIES |
| 6 | V | NEGLIGENT PRODUCT DESIGN |

| Row No. | COUNT | Cause of Action |
|---|---|---|
| 7 | VI | NEGLIGENT MANUFACTURING |
| 8 | VII | GENERAL NEGLIGENCE |
| 9 | VIII | NEGLIGENT MISREPRESENTATION |
| 10 | X | BREACH OF IMPLIED WARRANTIES |
| 11 | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statute below:<br>LA. C. C. ART. 2520 |
| 12 | XII | UNJUST ENRICHMENT |

If Count XVI or Count XVII is alleged, additional facts supporting the claim(s):

## V.  JURY DEMAND

14. Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

## VI.  PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

| | |
|---|---|
| Attorney 1 Signature: S/Andrew J Geiger | Attorney 1 Signature: |
| Attorney 1 Print: Andrew J. Geiger | Attorney 1 Print: |
| Attorney 2 Signature: | Attorney 2 Signature: |
| Attorney 2 Print: | Attorney 2 Print: |
| Firm: Allan Berger and Associates | Firm: |
| Address1: 4173 Canal Street | Address1: |
| Address2: | Address2: |
| City: New Orleans | City: |
| State: Louisiana | State: |
| Zip: 70119 | Zip: |
| E-mail: ageiger@bergerlawnola.com | E-mail: |
| Phone: 504-486-9481 | Phone: |